**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Christopher J. Charbonneau<br>           Debtor, | Chapter: 13<br>Case No: 09−17845<br>Judge William C. Hillman |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above **entitled case** was entered on 9/30/10 .

Date:10/15/10                                                                                      By the Court,

                                                                                                                Frances Calderaro
                                                                                                                Deputy Clerk
                                                                                                                617−748−5334

63